1  **GEORGE W. M. MULL, ESQ.**, State Bar No. 133348
   1415 L Street, Suite 1000
2  Sacramento, CA 95814
   Telephone: (916) 456-0100
3  Facsimile:   (916) 583-7464

4  Attorney for Plaintiff

5

6

*IT IS SO ORDERED AS MODIFIED*
*James Ware*
*Judge James Ware*
2/3/2011

7

8             IN THE UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | SAN JOSE ENTERTAINMENT GROUP,  )    CASE NO: 5:11-cv-00207-JW
   | INC.                          )
12 |                               )    **STIPULATION TO CONTINUE**
   |                               )    **HEARING DATE ON**
13 |                               )    **ORDER TO SHOW CAUSE re      )**
   |                               **PRELIMINARY INJUNCTION**
14 |            Plaintiffs ,        )
   |                               )
15 | vs.                           )
   |                               )
16 | CITY OF SAN JOSE,             )    Date:
   | and DOES 1 through 25,        )    Time:
17 | inclusive                     )    Judge:  The Honorable James Ware
   |                               )    Courtroom:    8
18 |            Defendants.         )
   |                               )
19 | _____ )

20                        **STIPULATION**

21        Plaintiff SAN JOSE ENTERTAINMENT GROUP, INC. and Defendant CITY OF SAN

22 JOSE have commenced discussions regarding settlement of the issues raised in this action.  In

23 order to allow the parties to further explore a settlement, the parties hereby stipulate to moving

24 the court date on the hearing for the Order to Show Cause re Preliminary Injunction now

25 calendared for February, 4, 2011 at 9:00 a.m. before Judge Ware, to February 14, 2011 at 9:00

26 a.m.

27

28                                 1

SO STIPULATED this 3rd day of February, 2011:

2/3/11

George W.M. Mull, Esq.
Attorney for Plaintiff

2/3/11

Michael J. Dodson, Esq.
Attorney for Defendant

IT IS SO ORDERED

_____

UNITED STATES DISTRICT CHIEF JUDGE

Dated: February 3, 2011

2