GEORGE W. M. MULL, Esq. (#133348)
1415 L Street, Suite 1000
Sacramento, CA  95814
Telephone Number: (916) 456-0100
Facsimile Number:  (916) 583-7464
E-Mail Address:  georgemulllaw@gmail.com

Attorneys for Plaintiff,
SAN JOSE ENTERTAINMENT GROUP, INC.

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

*DENIED*
*Judge James Ware*
3/9/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN JOSE ENTERTAINMENT GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, and DOES 1-25, inclusive,<br><br>Defendants. | Case Number:  CV 11-00207 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND TO HEAR PLAINTIFF'S SUMMARY JUDGMENT MOTION ON SAME DAY** |

Plaintiff and Defendant in the above-entitled matter hereby stipulate, and jointly request, that the Court continue the hearing on Defendant's Motion to Dismiss and to have Plaintiff's Cross-Motion heard on the same day.  In support of this stipulation, the parties hereby submit the following as good cause for granting this request:

1. In the Court's Order Denying Preliminary Injunction filed on February 16, 2011 (Docket No. 15), the Court set Defendant's Motion to Dismiss for hearing on April 11, 2011 at 9:00 a.m. in Courtroom 8, before the Honorable Judge James Ware.

2. Due to a scheduling conflict, counsel for Defendant, Michael J. Dodson, will be unable to appear at the hearing of Defendant's Motion to Dismiss on that date.

3. Counsel for Plaintiff, George W. M. Mull, has been informed of Defendant's scheduling conflict and has no objection to continuing the hearing of Defendant's Motion to Dismiss.

4. Counsel for Plaintiff and Defendant are available for hearing on Defendant's Motion to Dismiss on May 2, 2011 at 9:00 a.m.

5. Plaintiff anticipates filing a Summary Judgment Motion and would like said Motion to be heard on the same date and time as Defendant's Motion to Dismiss. Counsel for Defendant has no objection to this request.

Accordingly, the parties hereby jointly request that the Court continue the hearing on Defendant's Motion to Dismiss to May 2, 2011 at 9:00 a.m. and further request that Plaintiff's Summary Judgment Motion be placed on the Court's calendar for the same date and time.

Dated: March 4, 2011

Respectfully submitted,

By: __/s/ George W. M. Mull__
GEORGE W. M. Mull
Attorney at Law

Attorney for Plaintiff, SAN JOSE ENTERTAINMENT GROUP, INC.

Dated: March 4, 2011

RICHARD DOYLE, City Attorney

By: __/s/ Michael J. Dodson__
MICHAEL J. DODSON
Deputy City Attorney

Attorney for Defendant,
CITY OF SAN JOSE

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff, George W. M. Mull.

Dated: March 4, 2011                               _____/s/ Michael J. Dodson_____
                                                                    MICHAEL J. DODSON
                                                                    Sr. Deputy City Attorney

## ORDER

Due to the Court's impending relocation of Chambers to San Francisco, the Court is not available to hear the Motion on May 2, 2011.  The hearing remains on calendar as previously scheduled for **April 11, 2011 at 9:00 AM.**

**IT IS SO ORDERED.**

Dated: __March 9, 2011_____                    _____/s/ James Ware_____
                                                                    HONORABLE JAMES WARE
                                                                    United States District Court Judge