GEORGE W. M. MULL, Esq. (#133348)
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone Number: (916) 456-0100
Facsimile Number: (916) 583-7464
E-Mail Address: georgemulllaw@gmail.com

Attorneys for Plaintiff,
SAN JOSE ENTERTAINMENT GROUP, INC.

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*3/21/2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN JOSE ENTERTAINMENT GROUP, INC.,<br><br>                       Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, and DOES 1-25, inclusive,<br><br>                       Defendants. | Case Number: CV 11-00207 JW<br><br>**2nd STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND TO HEAR PLAINTIFF'S SUMMARY JUDGMENT MOTION ON SAME DAY** |

In light of the Court's Order, filed on March 9, 2011 (Docket No. 17), denying the parties' proposed Stipulation to reschedule the hearing date on Defendant's Motion to Dismiss, Plaintiff's proposed Motion for Summary Judgment to be heard on the same date,

1  May 2, 2011, the parties hereby propose an alternative Stipulation and request that it be
2  adopted by the Court.
3      1.   In the Court's Order Denying Preliminary Injunction filed on February 16,
4  2011 (Docket No. 15), the Court set Defendant's Motion to Dismiss for hearing on April 11,
5  2011 at 9:00 a.m. in Courtroom 8, before the Honorable Judge James Ware.
6      2.   Due to a scheduling conflict, counsel for Defendant, Michael J. Dodson, will
7  be unable to appear at the hearing of Defendant's Motion to Dismiss on that date.
8      3.   Counsel for Plaintiff, George W. M. Mull, has been informed of Defendant's
9  scheduling conflict and has no objection to continuing the hearing of Defendant's Motion to
10 Dismiss.
11     4.   Plaintiff anticipates filing a Summary Judgment Motion and would like said
12 Motion to be heard on the same date and time as Defendant's Motion to Dismiss.  Counsel
13 for Defendant has no objection to this request.
14     5.   The parties hereby request that the hearing date on these motions be
15 continued to any available date, but no sooner than sixty (60) days from today's date, and
16 be placed on the Court's calendar in San Jose.
17     6.   Alternatively, the parties stipulate, and hereby request, that these motions be
18 scheduled on the Court's San Francisco calendar at any time that is convenient for the
19 Court, but no sooner than sixty (60) days from today's date.

Dated:  March 16, 2011                Respectfully submitted,

                                      By:   /s/ George W. M. Mull_____
                                            GEORGE W. M. MULL
                                            Attorney at Law

                                      Attorney for Plaintiff, SAN JOSE
                                      ENTERTAINMENT GROUP, INC.

Dated:  March 16, 2011                RICHARD DOYLE, City Attorney

                                      By:   /s/ Michael J. Dodson_____
                                            MICHAEL J. DODSON
                                            Deputy City Attorney

3

2ND STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND TO        CV 11-00207 JW
HAVE SUMMARY JUDGMENT MOTION HEARD ON SAME DAY
                                                                       734700

Attorney for Defendant, CITY OF SAN JOSE

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff, George W. M. Mull.

Dated: March 16, 2011    /s/ Michael J. Dodson
MICHAEL J. DODSON
Sr. Deputy City Attorney

## [~~PROPOSED~~] ORDER

Pursuant to the 2nd Stipulation of the parties to continue hearing on Defendant's Motion to Dismiss and to hear Plaintiff's Summary Judgment Motion on the same day, and good cause appearing;

**IT IS HEREBY ORDERED** that the hearing date on Defendant's Motion to Dismiss, currently scheduled for April 11, 2011 at 9:00 a.m., along with Plaintiff's Motion for Summary Judgment, be rescheduled to _____ June 20 _____, 2011 at 9:00 a.m., to be heard in San Francisco.

**IT IS SO ORDERED.**

Dated: March 21, 2011

HONORABLE JAMES WARE
United States District Court Chief Judge