1 | **GEORGE W. M. MULL, ESQ.**, State Bar No. 133348
1415 L Street, Suite 1000
2 | Sacramento, CA 95814
Telephone: (916) 456-0100
3 | Facsimile:  (916) 583-7464

4 | Attorney for Plaintiff

*IT IS SO ORDERED*
*[signature]*
*Judge Edward J. Davila*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOSE ENTERTAINMENT GROUP, INC. | CASE NO: 5:11-cv-00207-JW |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| CITY OF SAN JOSE, and DOES 1 through 25, inclusive | |
| Defendants. | |

//

//

### STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, Plaintiff SAN JOSE ENTERTAINMENT GROUP, INC. and Defendant CITY OF SAN JOSE, having reached a settlement is this matter, hereby stipulate that this matter be dismissed with prejudice, and that

1

each party waives any claim for attorney's fees or costs.

SO STIPULATED this 3rd day of May, 2011:

_____
George W.M. Mull, Esq.
Attorney for Plaintiff

_____
Michael J. Dodson, Esq.
Attorney for Defendant

IT IS SO ORDERED The Clerk is ordered to close this file.

_____
UNITED STATES DISTRICT COURT JUDGE

2